**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
- ☐ Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write *Return Receipt Requested* on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

Kay Giltinger
Official Court Reporter
144th District Court
300 Dolorosa, 3rd Floor
San Antonio, TX 78205

4a. Article Number

7002 0460 0000 0067 3070

4b. Service Type
- ☐ Registered
- ☑ Certified
- ☐ Express Mail
- ☐ Insured
- ☑ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery
1-3-14

5. Received By: (Print Name)
GUADALUPE LEZA

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)

PS Form **3811,** December 1994

102595-99-B-0223

Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2014 JAN -6 PM 12: 26

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
KEITH E. HOTTLE, 300 DOLOROSA SUITE 3200
SAN ANTONIO, TEXAS 78205

13-668-CR